| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: __Western__ District of __Texas__ (State) | |
| Case number (If known): _____  Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  
4709 Incorporated dba Midtown Live Sports Cafe

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names, and *doing business as* names  
Midtown Live  
Midtown Live Sports Cafe  
4709 Incorporated

**3. Debtor's federal Employer Identification Number (EIN)**  
7 4 – 2 5 6 8 4 3 5

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7408 Cameron Road | 13276 North Highway 183 Ste 208 |
| Number   Street | Number   Street |
| | P.O. Box |
| Austin    TX    78752 | Austin    TX    78750 |
| City    State    ZIP Code | City    State    ZIP Code |
| Travis | **Location of principal assets, if different from principal place of business** |
| County | 7408 Cameron Road |
| | Number   Street |
| | Austin    TX    78752 |
| | City    State    ZIP Code |

**5. Debtor's website (URL)**  
www.midtownlivesportcafe.com

**6. Type of debtor**  
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

---

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page 1

Debtor  **4709 Incorporated dba Midtown Live Sports Cafe**
Name

Case number *(if known)*_____

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5   8   1   3

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☐ No
☑ Yes.  District __Western__  When __03/03/2014__  Case number __14-10340tmd__
                                        MM / DD / YYYY

District _____  When _____  Case number _____
                                        MM / DD / YYYY

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.  Debtor __Selena Cash__  Relationship __Previous Owner__
District __Western__  When __09/24/2018__
                              MM / DD / YYYY
Case number, if known __18-11043tmd__

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page **2**

Debtor   4709 Incorporated dba Midtown Live Sports Cafe   Case number (*if known*)_____
         Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number        Street

_____

_____  _____  _____
City                                    State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

   Contact name   _____

   Phone          _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49                ☐ 1,000-5,000         ☐ 25,001-50,000
☐ 50-99               ☐ 5,001-10,000        ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000       ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☑ $0-$50,000                ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000          ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000         ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million       ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page **3**

Debtor  **4709 Incorporated dba Midtown Live Sports Cafe**  Case number (*if known*)_____
        Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/13/2019
             MM / DD / YYYY

X _____  Anthony Leo Sheridan
Signature of authorized representative of debtor   Printed name

Title  Vice President

**18. Signature of attorney**

X //Darwin Mckee  Date  05/13/2019
Signature of attorney for debtor   MM / DD / YYYY

Darwin Mckee
Printed name

Law Office of Darwin Mckee
Firm name

13276 North Highway 183 #209
Number    Street

Austin                                  Texas    78750
City                                    State    ZIP Code

512-773-8780                            darwinmckee@yahoo.com
Contact phone                           Email address

13695700                                Texas
Bar number                              State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4