**Hearing shall be held on 6/3/2019 at 01:30 PM in Austin Courtroom 1. Movant is responsible for notice.**

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 23, 2019**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| 4709 INCORPORATED, | § | CASE NO. 19-10624-TMD |
| DBA MIDTOWN LIVE | § | CHAPTER 11 |
|     DEBTOR. | § | |

### ORDER SETTING STATUS CONFERENCE

The Court, having considered the Motion of the United States Trustee Requesting a Status Conference (the "Motion"), finds that Debtor should appear and explain whether there is proper corporate authorization and whether this case is appropriate as a Chapter 11 proceeding and, if so, deadlines for going forward. Therefore:

IT IS HEREBEY ORDERED THAT:

1. The Motion is granted; and

2. Debtor's counsel, Darwin McKee, and a representative for Debtor will appear at a status conference held at the date, time and place listed on the top of this order.

###

Order prepared and submitted by:
Shane P. Tobin, Office of the U.S. Trustee
903 San Jacinto Blvd., Rm. 230
Austin, TX 78701