

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 04, 2019.**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| 4709 INCOPORATED, | § | CASE NO. 19-10624-TMD |
| DBA MIDTOWN LIVE SPORTS CAFE | § | CHAPTER 11 |
| Debtor. | § | |

### ORDER EXPEDITING HEARING

Came on for consideration the United States Trustee's Motion to Expedite Hearing on The United States Trustee's Motion to Dismiss, or, in the Alternative, to Convert Case to a Case Under Chapter 7. The Court finds that the Motion has merit, and it is therefore

ORDERED that the hearing on the Motion to Reopen Case shall be held in Courtroom No.1, 903 San Jacinto Blvd., Austin, TX 78701 on June 13, 2019 at 1:30pm. The United States Trustee will provide notice of the expedited hearing.

### ###

Order prepared and submitted by:
Shane P. Tobin, Office of the U.S. Trustee, 903 San Jacinto Blvd., Rm. 230, Austin, TX 78701