**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 17, 2019**

TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| 4709 INCORPORATED § | CASE NO. 19-10624 |
| DBA MIDTOWN LIVE § | CHAPTER 11 |
| § | |
| DEBTOR § | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Court, having considered the Motion of Darwin McKee, Attorney at Law, to withdraw as Attorney of Record for Debtor, finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED THAT:

1. The Motion is granted;

2. Darwin McKee is discharged from any further responsibility in this cause; and

3. Any relief not granted in this Order is Denied.

###

1